# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAVID GAZZANO,

    Plaintiff,

vs.

JEH JOHNSON, et al.,

    Defendants.

Case No.  2:16-cv-00002-RFB-CWH

**ORDER**

    Presently before the Court is Defendants' Motion for Extension of Time to Respond to Complaint for Writ of Mandamus (ECF No. 11), filed on March 7, 2016.  Plaintiff did not file a response.  Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting of the motion."  The Court therefore will grant Defendants' motion.

    IT IS THEREFORE ORDERED that Defendants' Motion for Extension of Time to Respond to Complaint for Writ of Mandamus (ECF No. 11) is GRANTED.

    IT IS FURTHER ORDERED that Defendants' deadline to respond to Plaintiff's Complaint (ECF No. 1) is May 6, 2016.

    DATED: March 29, 2016.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**